FILED
CLERK, U.S. DISTRICT COURT

JUL 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Daniel Edward Bagley, Jr DEFENDANT(S). | CASE NUMBER ED 12 MJ 247 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7-13-12__, ____, at __3:00__ ☐a.m. /☒p.m. before the Honorable OSWALD PARADA, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/12/12__

_____
U.S. District Judge/Magistrate Judge